THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Kenneth Hargett, Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.  2012-UP-094
 Submitted February 1, 2012  Filed
February 22, 2012 

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Robert M. Dudek, of
 Columbia; and Kenneth Hargett, pro se, for Appellant.
 Teresa A. Knox, Tommy Evans, Jr., and J.
 Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Kenneth Hargett appeals his probation revocation, arguing the circuit court erred in revoking
 probation in full based on Hargett's failure to avoid being near minors under
 the age of eighteen and failure to actively participate in and thereby be
 terminated from his counseling/treatment program.  After a thorough
 review of the record and briefs pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's
 motion to be relieved. 
APPEAL DISMISSED.
WILLIAMS,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.